# United States Bankruptcy Court
## Northern District of California

In re  **Doorman Property Management**  Debtor(s)

Case No.  **15-30912**
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Doorman Property Management**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 15, 2015**
Date

/s/ Tiffany R. Norman
**Tiffany R. Norman #239873**
Signature of Attorney or Litigant
Counsel for  **Doorman Property Management**
TRN Law Associates
**654 Sacramento St., 2nd Floor**
**San Francisco, CA 94111**
**(415) 823-4566**
**tiffany@trnlaw.com**