C. Alex Naegele (Cal. Bar. No. 255887)
**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Interested Parties
NICHOLAS KRAEMER and
BARRETT RAFTERY

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>DOORMAN PROPERTY MAINTENANCE, INC.<br><br>Debtor. | Case No. 15-30912 DM<br><br>Chapter 7<br><br>**STIPULATION FOR RESOLUTION AND WITHDRAWAL OF CLAIM NO. 17 – CFO RICK, INC.** |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, ALL INTERESTED PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The parties hereto through their respective counsel hereby agree and stipulate as follows:

## I. RECITALS

1. WHEREAS, on November 23, 2015, CFO Rick, Inc. filed a proof of claim (Claim No. 17) in the above captioned bankruptcy case.

2. WHEREAS, on November 30, 2016, Interested Parties Nicholas Kraemer and Barrett Raftery objected to Claim No. 17.

3. WHEREAS, on April 26, 2017 this Court entered an order abstaining from determination of the claim so that the state court could resolve the claim (ECF No. 138).

4. WHEREAS, on July 19, 2018, CFO Rick, Inc. and Nicholas Kraemer and Barrett Raftery stipulated to a judgment in favor of CFO Rick, Inc. (the "Stipulated Judgment"), and on August 14, 2018 the state court entered the Stipulated Judgment.

5. WHEREAS, on July 19, 2018, CFO Rick, Inc., Nicholas Kraemer, Barrett Raftery, and Doorman Property Maintenance (f/k/a Doorman Property Management) entered into a Post-Judgment Enforcement Agreement (the "Post-Judgment Enforcement Agreement").

6. WHEREAS, the Post-Judgment Enforcement Agreement, provides, inter alia, that Claim No. 17 will be withdrawn.

## II. STIPULATION

Based on the grounds set forth above, the parties hereby agree and stipulate that (a) the objection to CFO Rick's claim no. 17 (ECF No. 111) is withdrawn and (b) CFO Rick's claim no. 17 is withdrawn against the above captioned debtor's bankruptcy estate with prejudice.

C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION

DATED: August 27, 2018       By: /s/ C. Alex Naegele
                              C. Alex Naegele
                              Attorney for Interested Parties
                              NICHOLAS KRAEMER; BARRETT RAFTERY

| | | |
|---|---|---|
| 1 | Dated: August 27, 2018 | By: /s/ Phillip Seltzer |
| 2 | | Yano Rubinstein |
| | | Phillip Seltzer |
| 3 | | RUBINSTEIN LAW |
| | | Attorneys for Claimant |
| 4 | | CFO RICK, INC. |