

Signed and Filed: August 29, 2018

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

C. Alex Naegele (Cal. Bar. No. 255887)
**C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION**
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Interested Parties
NICHOLAS KRAEMER and
BARRETT RAFTERY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

DOORMAN PROPERTY MAINTENANCE, INC.

Debtor.

Case No. 15-30912 DM

Chapter 7

**ORDER GRANTING STIPULATION FOR RESOLUTION AND WITHDRAWAL OF CLAIM NO. 17 – CFO RICK, INC.**

The Court, having considered the *Stipulation For Resolution And Withdrawal Of Claim No. 17 – CFO Rick, Inc.* (ECF No. 194), and for good cause shown, the Court hereby **ORDERS** as follows:

1. The Stipulation is GRANTED.
2. The objection to CFO Rick's claim no. 17 (ECF No. 111) is withdrawn; and (b) CFO Rick's claim no. 17 is withdrawn against the above captioned debtor's bankruptcy estate with prejudice.

*** END OF ORDER ***

**Service List**

[None]